**Opinion issued February 25, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-12-00850-CV**

_____

**MICHAEL HOOPER DBA THE HOOPER LAW FIRM, Appellant**

**V.**

**VERANDA ASSOCIATES, LP, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Case No. 11CCV045450**

---

**MEMORANDUM OPINION**

Appellant, Michael Hooper dba The Hooper Law Firm, has filed an appeal from the trial court's May 30, 2012 judgment. The trial court clerk filed the clerk's record on September 26, 2012, and the court reporter filed the reporter's record on February 4, 2013. Appellant's brief was therefore due on March 4, 2013. *See* TEX.

R. App. P. 38.6(a).

On March 20, 2013, after appellant failed to timely file a brief, the Clerk of this Court notified appellant that he had failed to timely file a brief and that failure to file a brief or a motion for extension by April 1, 2013 could lead to dismissal of his appeal. *See* Tex. R. App. P. 38.8(a), 42.3(b). The Court's notice was returned, with the following marked on the envelope: "return to sender, not deliverable as addressed, unable to forward." Appellant has neither filed a brief, nor responded to the Court's notice, nor provided us with any other mailing address. *Cf.* Tex. R. App. P. 9.1 (requiring counsel who represents party to provide mailing address on all documents filed with court and requiring unrepresented party to provide party's mailing address on all documents filed with court).

Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.